1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas D. McCaffrey, | No. CIV 04-0701-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| John Snow, Secretary of the Treasury, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Extend Discovery and Hold Pre-Trial Settlement Conference. (Dkt. 37.)   By random draw, Magistrate Judge Edward C. Voss has been selected to conduct the settlement conference.  Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Discovery and Hold Pre-Trial Settlement Conference. (Dkt. 37.)

**IT IS FURTHER ORDERED** discovery shall be completed by December 30, 2006.

**IT IS FURTHER ORDERED** that this case is referred to Magistrate Judge Edward C. Voss for a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall file a status report with this Court no more than ten (10) days after participating in the settlement conference.

/ / /

/ / /

Case 2:04-cv-00701-SMM   Document 38   Filed 10/02/06   Page 2 of 2

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this

2 Order to Magistrate Judge Edward C. Voss.

3        DATED this 29th day of September, 2006.

Stephen M. McNamee
United States District Judge

- 2 -