**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas D. McCaffrey, | ) | No. CIV 04-0701-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| John Snow, Secretary of the Treasury, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulated Request to Vacate Deadlines (Dkt. 47). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Request to Vacate Deadlines (Dkt. 47).

**IT IS FURTHER ORDERED** that the parties shall file a status report with this Court no more than 10 days after participating in the second settlement conference, which is currently scheduled for March 8, 2007 before Magistrate Judge Edward C. Voss. (Dkt. 48).

//

//

//

1    **IT IS FURTHER ORDERED** that if the parties are unable to settle this matter at the
2    second settlement conference, then their status report must include proposed deadlines for
3    completion of discovery, the filing of dispositive motions and the Final Pretrial Conference.
4    DATED this 1st day of February, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge

- 2 -