**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas D. MCCAFFREY, | No. CV-04-0701-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| John SNOW, SECRETARY OF THE TREASURY, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Motion to Change Caption (Dkt. 50), which was filed pursuant to Fed. R. Civ. P. 25(d). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Change Caption (Dkt. 50).

**IT IS FURTHER ORDERED** that the Clerk of Court shall change the caption of this case to reflect the appropriate agency head and defendant in this action. Accordingly, Michael Chertoff, Secretary of the Department of Homeland Security, shall be substituted for Defendants John Snow and Tom Ridge.

DATED this 12th day of February, 2007.

Stephen M. McNamee
United States District Judge