**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas D. McCaffrey, | No. CIV 04-701-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Chertoff, Secretary of the Department of Homeland Security, | |
| Defendant. | |

Having considered the request of Defendant to allow its agency representative to appear telephonically at the March 8, 2007, Settlement Conference before Magistrate Judge Edward C. Voss [Dkt.52], and for good cause shown,

**IT IS ORDERED** that Defendant's agency representative may appear telephonically at the March 8th Settlement Conference. Raymond Parmer, Defendant's agency representative, shall call the Court on a clear landline at **8:55 a.m.** Mountain Standard Time at 602-322-7660.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to Magistrate Judge Voss.

DATED this 15th day of February, 2007.

Stephen M. McNamee
United States District Judge