**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas D. McCaffrey, | No. CIV 04-701-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Chertoff, Secretary of the Department of Homeland Security, | |
| Defendant. | |

Having considered the request of the parties to continue the Status Hearing set for Tuesday, September 11, 2007 (Dkt. 61), and for good cause shown,

**IT IS ORDERED** that the Stipulated Request to Continue Status Conference (Dkt. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, October 29, 2007, at 10:30 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

//
//
//
//
//

1  **IT IS FURTHER ORDERED** that the parties have 30 days from the date of this
2  Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the
3  Status Hearing will be vacated.
4  DATED this 10th day of September, 2007.

Stephen M. McNamee
United States District Judge