**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas D. McCaffrey,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of the Department of Homeland Security,<br><br>    Defendant. | CIV-04-0701-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulation for Dismissal filed by the parties (Dkt. 63) and good cause appearing therefore,

**IT IS HEREBY ORDERED** dismissing the above-captioned action with prejudice, with each party to bear his own costs and fees, including attorneys' fees.

DATED this 29th day of October, 2007.

Stephen M. McNamee
United States District Judge